UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KELVIN E. WILLIAMS,**<br>      Plaintiff,<br><br>     -against-<br><br>**ALLSTATE INSURANCE COMPANY,**<br><br>   Defendant. | **CIVIL ACTION NO.: 1:16-cv-02121-MKB-LB**<br><br><br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED that, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), Plaintiff, KELVIN E. WILLIAMS, hereby dismiss all claims and this case with prejudice, with each party to bear its own costs and attorney's fees.

Dated:  New York, New York
            September 21, 2016

                                        MERLIN LAW GROUP

                                        By:     */s/ Jason M. Cieri*
                                                Jason M. Cieri, Esq.
                                                100 Park Avenue, 16th Floor
                                                New York, New York 10017
                                                Tel: (212) 351-5017
                                                Fax: (212) 880-6499
                                                jcieri@merlinlawgroup.com
                                                *Attorneys for Plaintiffs*

                                        FELDMAN, RUDY, KIRBY & FARQUAHARSON, PC

                                        By:  */s/ Gerald F. Kirby*
                                                Gerald F. Kirby, Esq.
                                                410 Jericho Turnpike – Suite 315
                                                Jericho, NY 11753
                                                Tel: (516) 334-2500
                                                Fax: (516) 334-2532
                                                jmalloy@rc.com
                                                *Attorneys for Defendant*

Dated: _____

SO ORDERED:


_____
U.S. District Court Judge


T1467074.DOC;1