UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| KELVIN E. WILLIAMS,<br>Plaintiff,<br><br>-against-<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION NO.: 1:16-cv-02121-MKB-LB<br><br>STIPULATION OF DISMISSAL |
|---|---|

IT IS HEREBY STIPULATED AND AGREED that, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), Plaintiff, KELVIN E. WILLIAMS, hereby dismiss all claims and this case with prejudice, with each party to bear its own costs and attorney's fees.

Dated: New York, New York
September 21, 2016

MERLIN LAW GROUP

By: /s/ Jason M. Cieri
Jason M. Cieri, Esq.
100 Park Avenue, 16th Floor
New York, New York 10017
Tel: (212) 351-5017
Fax: (212) 880-6499
jcieri@merlinlawgroup.com
*Attorneys for Plaintiffs*

FELDMAN, RUDY, KIRBY & FARQUAHARSON, PC

By: /s/ Gerald F. Kirby
Gerald F. Kirby, Esq.
410 Jericho Turnpike – Suite 315
Jericho, NY 11753
Tel: (516) 334-2500
Fax: (516) 334-2532
jmalloy@rc.com
*Attorneys for Defendant*

FILED
IN CLERK'S OFFICE
US DISTRICT COURT
★ SEP 28 2016
BROOKLYN OFFICE

Dated: 9/23/16
SO ORDERED:
/s/ Cheryl Pollak
U.S. District Court Judge
MAG

11467074.DOC;1